IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL EUGENE ADDSON,**<br><br>Petitioner,<br><br>v.<br><br>**JARED D. LOZANO, Warden,**<br><br>Respondent. | Case No. 2:19-cv-00847-KJM-CKD (HC)<br><br>**ORDER** |

GOOD CAUSE appearing, IT IS HEREBY ORDER THAT Respondent's responsive pleading be filed on or before August 28, 2019.

Dated: July 31, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1