UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL EUGENE ADDSON,<br><br>Petitioner,<br><br>v.<br><br>JARED D. LOZANO,<br><br>Respondent. | No. 2:19-cv-0847 KJM CKD P<br><br><br><br>ORDER |

Petitioner is proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. §2254. On August 19, 2019, the court received a letter from petitioner in which petitioner asks that he be permitted to proceed on his original petition for writ of habeas corpus, which the court dismissed on May 28, 2019, instead of his amended petition because the original was filed by attorney Lee A. West. While it does appear Mr. West was the person who served the court with the original petition, the petition is signed by petitioner proceeding pro se. Mr. West has not appeared on behalf of petitioner in this action. Also, the court notes that all of the claims in the original petition are included in the amended petition, so it is not clear why petitioner wishes to proceed on the original rather than the amended petition. If petitioner wishes to abandon those claims brought in his amended petition and not the original, he should so indicate in his traverse which is due September 23, 2019. If Mr. West would like to represent petitioner, he must appear on petitioner's behalf in compliance with Local Rule 182.

1

Accordingly, IT IS HEREBY ORDERED that petitioner's request that his amended petition for writ of habeas corpus be dismissed and that petitioner be permitted to proceed on his original petition is denied.

Dated: August 23, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

1
adds0847.ran