1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MICHAEL EUGENE ADDSON,                    No.  2:19-cv-0847 KJM CKD P

12                      Petitioner,

13          v.                                 ORDER

14   JARED D. LOZANO,

15                      Respondent.

16

17          On May 28, 2019, the court ordered respondent to file an answer and include "all

18   transcripts and other documents relevant to the issues presented in the amended petition for writ

19   of habeas corpus."  A review of the court's docket reveals respondent did not submit "transcripts

20   and other documents" with his answer.  Good cause appearing, IT IS HEREBY ORDERED that

21   respondent comply with the court's May 28, 2019 order within 21 days.

22   Dated:  April 6, 2021

23                                             _____
                                              CAROLYN K. DELANEY
24                                            UNITED STATES MAGISTRATE JUDGE

25

26

27   1
     adds0847.trn
28